IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUDITH ROGERS<br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>5:17-CV-00746-FB |

**JOINT ADR REPORT**

As required by the Court's Scheduling Order and Local Rule CV-88, Plaintiff Judith Rogers and Defendant Wells Fargo Bank, N.A., submit this Joint ADR Report.

1. <u>Status of Settlement Negotiations.</u>  As of the date of this Joint ADR Report, Plaintiff and Defendant (collectively the "Parties") have had preliminary settlement discussions, and will continue such discussions.

2. <u>Persons Responsible for Settlement Negotiations.</u>  The persons primarily responsible for settlement negotiations are:

   For Plaintiff:  Charles Riley

   For Defendant:  David Crooks

3. <u>Appropriateness of This Case for ADR.</u>  Counsel for the Parties have made their clients aware of the ADR procedures available in this District.  The Parties believe that formal ADR methods will likely be appropriate at some point in the future of this case.  The Parties propose that mediation should take place on a mutually convenient date following the further exchange of written discovery and possibly depositions in this case.  The Parties anticipate that they will be able to select a mutually agreeable person as the mediator.

       Respectfully submitted,

       RILEY & RILEY
       ATTORNEYS AT LAW


       By: */s/ Charles Riley*
          CHARLES RILEY
          State Bar No. 24039138
          320 Lexington Avenue.
          San Antonio, Texas 78215
          (210) 225-7236 Telephone
          (210) 227-7907 Facsimile
          *Attorney for Plaintiff*


       FOX ROTHSCHILD LLP


       By:    */s/ David Crooks*
          David Crooks
          State Bar No. 24028168
          Two Lincoln Centre
          5420 Lyndon B. Johnson Fwy, Suite 120
          Dallas, Texas 75240
          (972) 991-0889
          (972) 404-0516 fax
          dcrooks@foxrothschild.com